tion noted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Robert B. Hummel* for the United States. *Edwin J. Wesely* and *Edward A. Miller* for appellee.

No. 401. Moseley, doing business as Moseley Plumbing & Heating Co., *v.* Electronic & Missile Facilities, Inc., et al. C. A. 5th Cir. Certiorari granted. *T. Baldwin Martin* for petitioner. *Lamar W. Sizemore* for respondents.

No. 464. United States *v.* Muniz et al. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the United States. *Charles Andrews Ellis* for respondent Muniz.

No. 105, Misc. Rideau *v.* Louisiana. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Louisiana granted. Case transferred to the appellate docket. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, and *Weldon A. Cousins, M. E. Culligan, Wm. P. Schuler* and *Dorothy D. Wolbrette,* Assistant Attorneys General, for respondent.

No. 296, Misc. Campbell et al. *v.* United States. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted. Case transferred to the appellate docket. *Melvin S. Louison, Leonard Louison* and *Lawrence F. O'Donnell* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.